■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR QUAN, Also Known as VICTOR BERNARD, Appellant. [809 NYS2d 914]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Aloise, J.), rendered April 28, 2004, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review (*see* CPL 470.05 [2]), and we decline to review them in the exercise of our interest of justice jurisdiction. Crane, J.P., Rivera, Fisher and Dillon, JJ., concur.